IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHEVRON CORPORATION | § | |
| and ACS HR SOLUTIONS, LLC | § | |
| as Subrogee of Chevron Corporation | § | |
| and the Chevron Retirement Plan, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-3257 |
| | § | |
| RICHARD L. BARRETT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The court has ruled on Defendant Richard L. Barrett's motion to dismiss and amended motion for reconsideration of the denial of his motion to dismiss. It is now appropriate to enter a scheduling order in this case. The parties will submit proposed scheduling orders by **December 12, 2008**.

SIGNED on November 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge